UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. PETER GOLDMAN, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>SYMPHONY DIAGNOSTIC<br>SERVICES NO. 1,<br>INC. d/b/a MOBILEXUSA,<br><br>*Defendant.* | Civil Action No. 19-1603<br>**FILED UNDER SEAL** |

## ORDER

AND NOW, this 24 day of April, 2019, upon consideration of the United States' *Ex Parte* Application for Disclosure of Information Relating to Sealed *Qui Tam* Action, it is hereby ORDERED that the application is GRANTED. It is FURTHER ORDERED that:

1. The United States may disclose the complaint in this action to the Bankruptcy Court in the Southern District of New York, Defendant's creditors, and other third parties as necessary to preserve the claims asserted in this matter and advance its investigation and potential resolution;

2. Relator Peter Goldman is permitted to file publically in the United States Bankruptcy Court for the Southern District in New York information concerning the allegations in this action, and the existence of this action, including a proof of claim and allegations in an adversary Complaint, as necessary to protect the interests of the United States and his own interests;

3. The United States may provide a copy of this Order to the relator and his counsel;

4. This action, including this Order and all other docket entries, shall remain under seal, except for the disclosures permitted by this Court, until September 13, 2019, or until otherwise ordered by the Court.

BY THE COURT:

_____
HONORABLE BERLE M. SCHILLER
*Judge, United States District Court*