UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
Case No. 19-cv-1603

UNITED STATES OF AMERICA and the
STATE OF MICHIGAN, ex rel., PETER
GOLDMAN,

        Plaintiff/Relator,

v.

SYMPHONY DIAGNOSTIC SERVICES NO.
1, LLC, d/b/a MOBILEXUSA, CANTEX
HEALTH CARE CENTERS II, LLC,
GARRISON HEALTH LP d/b/a GARRISON
NURSING HOME AND REHABILITATION
CENTER and CHRISTIAN CARE CENTERS,
INC. d/b/a CHRISTIAN CARE SENIOR
LIVING COMMUNITY,

        Defendants.
_____/

FILED
JUL 25 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER PLACING AMENDED COMPLAINT UNDER SEAL

Upon consideration of arguments from counsel for Relator Goldman and Assistant United States Attorney Joel Sweet, it is hereby ordered that the Amended Complaint filed in this case on 7/24/19 shall be deemed filed under seal pursuant to 31 USC § 3730(b)(2) and shall remain under seal under further order from this Court. The clerk is instructed to treat the Amended Complaint as sealed, and remove it from the public docket. The original complaint will remain unsealed.

DONE AND ORDERED this 25 day of July, 2019

                                                Honorable Berle M. Schiller
                                                U.S. District Judge

Copies to: All Counsel of Record